UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IBM SOUTHEAST EMPLOYEES ]
FEDERAL CREDIT UNION and ]
SOUTHEAST SERVICES ]
ORGANIZATION, INC. ]
 ]
v. ]   No. 3-07-0894
 ]   Judge Haynes
MICHAEL E. COLLINS, ]
Chapter 11 Trustee ]

O R D E R

In accordance with the Memorandum filed herewith, the Bankruptcy Judge's Order is **AFFIRMED**. This appeal is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 17th day of September, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge